IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ZINNA WOODS,                          :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :   Civil Action No. 07-252-JJF
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner, Social Security         :
Administration,                       :
                                      :
        Defendant.                    :

**SHOW CAUSE ORDER**

At Wilmington this \_\_10\_\_ day of January, 2008, the Complaint in the above-captioned case having been filed on May 7, 2007, a praecipe filed, but there being no indication that service has been effected, and Plaintiff having failed to timely provide USM-285 forms to effect service upon Defendants as ordered by the Court (D.I. 6);

IT IS ORDERED that, on or before **February 8, 2008**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process, pursuant to Fed. R. Civ. P. 4.

                                    _____
                                    UNITED STATES DISTRICT JUDGE