IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ZINNA WOODS, :
:
    Plaintiff, :
:
v. : Civil Action No. 07-252 JJF
:
MICHAEL J. ASTRUE, Commissioner :
Social Security Administration, :
:
    Defendant. :

### O R D E R

WHEREAS, the Court has received counsel's Response which explains the lack of complete service upon defendant;

WHEREAS, the Court finds Defendant will not incur any prejudice by an extension of time;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Rule To Show Cause is **DISMISSED**.

2) Plaintiff is granted **sixty (60) days** from the date of this Order to complete service in this matter.

January 15, 2008
DATE

UNITED STATES DISTRICT JUDGE