```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

Zinna Woods,                    :
                                :
        Plaintiff,              :
                                :  Civil Action No. 07-252-JJF
                                :
    v.                          :
                                :
Michael J. Astrue,              :
Commissioner of Social          :
Security,                       :
                                :
        Defendant.              :

### O R D E R

WHEREAS, the Commissioner filed an Answer to the Complaint in the above-captioned action, but has not filed a Transcript of the Administrative Proceedings as required by 42 U.S.C. § 505(g);

WHEREAS, a briefing schedule is also required upon receipt of the Transcript;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Commissioner shall file the Transcript of the Administrative Proceedings within thirty (30) days of the date of this Order.

2. Plaintiff shall serve and file any Motion For Summary Judgment and accompanying Opening Brief pursuant to Fed. R. Civ. P. 56 within forty-five days of the date of the filing of the Transcript.

3. Defendant shall serve and file any Cross-Motion For Summary Judgment and Combined Opening and Answering Brief within thirty (30) days of service of Plaintiff's brief.

    4.    Plaintiff may serve and file a Reply Brief within fifteen (15) days of service of Defendant's brief.

    5.    The matter shall be deemed submitted, without hearing, thirty (30) days after the filing of Defendant's brief, unless otherwise ordered by the Court.

May 9, 2008  
DATE

_____  
UNITED STATES DISTRICT JUDGE